## Order No. 96–27
## November 18, 1996

| | | |
|---|---|---|
| 17600 | Director, Department of Labor and Industrial Relations v. Williams | Affirmed |

## Order No. 96–28
## November 19, 1996

| | | |
|---|---|---|
| 17717 | Giannetto v. Ryan | Affirmed |

## Order No. 96–29
## November 20, 1996

| | | |
|---|---|---|
| 19022 | State v. Kalama | Affirmed |